Claude Parker FORD, Marion Calvin Perry, Ray Lamar Davis, Wade Levi Truett and Vinson Eugene Williams, Appellants,

v.

UNITED STATES of America, Appellee.

No. 21285.

United States Court of Appeals Fifth Circuit.

Oct. 15, 1964.

Rehearing Denied Dec. 3, 1964.

Wesley R. Asinof, Atlanta, Ga., for appellants.

Bobby C. Milam, Asst. U. S. Atty., Atlanta, Ga., Charles L. Goodson, U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, BELL, Circuit Judge, WHITEHURST, District Judge.

PER CURIAM.

The judgment of the trial court is affirmed.

Donald S. AZAR, Appellant,

v.

Ivan ALLEN et al., Appellees.

No. 21142.

United States Court of Appeals Fifth Circuit.

Oct. 15, 1964.

Wesley R. Asinof, Atlanta, Ga., for appellant.

Henry L. Bowden, City Atty., Ferrin Y. Mathews, Atlanta, Ga., for appellees.

Before BROWN and BELL, Circuit Judges and SPEARS, District Judge.

PER CURIAM.

This matter having been decided by the District Court prior to our decision in Hornsby v. Allen, 5 Cir., 1964, 326 F.2d 605, rehearing denied, 330 F.2d 55; and it appearing that it is controlled by that decision; the same is hereby reversed and remanded to the District Court for further consideration in the light thereof.